IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

BRAYANN EDWALS ESCOBAR
DE JESUS,

      Petitioner,

v.                                     Case No.  5D22-1749
                                           LT Case No. 2012-CF-002470

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed August 5, 2022

Petition for Belated Appeal
A Case of Original Jurisdiction.

Rachael E. Reese, of O'Brien
Hatfield Reese, P.A., Tampa, for
Petitioner.

No Appearance for Respondent.

PER CURIAM.

The petition for belated appeal is granted.  A copy of this opinion shall

be filed with the trial court and be treated as the notice of appeal from the

January 18, 2022 order denying motion for postconviction relief filed in

Case No. 2012-CF-002470, Osceola County, Florida.  <u>See</u> Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

SASSO, TRAVER and NARDELLA, JJ., concur.